AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 1:21CR00119-001 |
| Shaneesha White | ) |
| | ) USM No: 35656-509 |
| Date of Original Judgment: August 18, 2022 | ) |
| Date of Previous Amended Judgment: | ) Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The defendant has a subtotal total of 17 criminal history points. Further, the defendant's criminal history score under subsections (a) through (d) total seven or more points and the defendant committed the instant offense under a criminal justice sentence; therefore, one additional point is added. USSG §4A1.1(e). As such, the defendant's criminal history score is 18 rather than 19; however, she remains a criminal history category of VI. Consequently, she is not eligible for a sentence reduction under Parts A and B, Subpart 1 of Guidelines Amendment 821.

Based on the foregoing, to the extent there has been a request to appoint counsel, it is denied.

Except as otherwise provided, all provisions of the judgment dated   August 18, 2022   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 5-22-24

Effective Date: _____
*(if different from order date)*

Judge's signature

Hon. Lawrence J. Vilardo, U.S. District Judge
*Printed name and title*